IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| PAUL F. ANDRES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 7:08-CV- 00425 RDP |
| ) | |
| NCO FINANCIAL SYSTEMS, INC., ) | |
| ) | |
| Defendant. ) | |

**MOTION TO DISMISS WITH PREJUDICE**

COMES NOW PLAINTIFF, Paul F. Andres, by and through counsel of record, LuAnn B. Springer, and files this his motion requesting the Court to dismiss his case against NCO Financial Systems, Inc., and as grounds for said request would state as follows:

1. The parties have reached a settlement agreement.

2. The parties agree for costs to be taxed as paid.

WHEREFORE, Premises considered, Plaintiff requests this Honorable Court to Dismiss his case against NCO Financial Systems, Inc., with prejudice.

_____
LuAnn B. Springer

Dayle M. Van Hoose
Attorney for NCO Financial Systems, Inc.
9009 Corporate Lake Drive, Ste. 300-S
Tampa, FL 33634
813-890-2463

LuAnn B. Springer, Attorney for Plaintiff
Andres, Lemley & Springer, LLC
2711 Sixth Street
Tuscaloosa, AL 35401
205-345-3551