UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| **PAUL F. ANDRES,** | } | |
| | } | |
| Plaintiff, | } | |
| | } | |
| v. | } | CASE NO. 7:08-CV-0425-RDP |
| | } | |
| **NCO FINANCIAL SYSTEMS, INC.,** | } | |
| | } | |
| Defendant. | } | |

### ORDER OF DISMISSAL

Before the court is Plaintiff's Motion to Dismiss Case with Prejudice (Doc. # 12), filed on July 1, 2008. Defendant joins in the motion. The motion is **GRANTED**. Accordingly, the court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITH PREJUDICE**. The parties are to bear their own costs, expenses and attorney's fees.

**DONE** and **ORDERED** this ____1st____ day of July, 2008.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE